681 A.2d 1338

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Johnnie L. ELLIS–EL, Appellant.**

Supreme Court of Pennsylvania.

Argued March 5, 1996.

Decided Sept. 16, 1996.

## *ORDER*

PER CURIAM.

The appeal is dismissed as having been improvidently granted.

NIX, Former C.J., did not participate in the consideration or decision of this case.

NIGRO, J., dissents.